BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

FILED CLERK, U.S. ...
JAN 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORPORATION,<br><br>Defendant. | Case No.: SACV11-00101 DOC (FFMx)<br><br><u>CLASS ACTION</u><br><br>CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 |

The undersigned counsel of record for plaintiff AMANDA OBNEY, certify that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

AMANDA OBNEY

Dated: January 19, 2011

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

By: [signature]
TIMOTHY G. BLOOD

600 B Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BEASLEY, ALLEN, CROW, MEHVIN, PORTIS & MILES, P.C.
W. DANIEL MILES, III
WILLIAM E. HOPKINS, JR.
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Bill.Hopkins@BeasleyAllen.com

Attorneys for Plaintiff