|  |
|---|
| 1  BLOOD HURST & O'REARDON, LLP |
| 2  TIMOTHY G. BLOOD (149343) |
|    LESLIE E. HURST (178432) |
| 3  THOMAS J. O'REARDON II (247952) |
|    600 B Street, Suite 1550 |
| 4  San Diego, CA  92101 |
|    Telephone: (619) 338-1100 |
| 5  Facsimile: (619) 338-1101 |
|    tblood@bholaw.com |
| 6  lhurst@bholaw.com |
|    toreardon@bholaw.com |

1   BLOOD HURST & O'REARDON, LLP
2   TIMOTHY G. BLOOD (149343)
    LESLIE E. HURST (178432)
3   THOMAS J. O'REARDON II (247952)
    600 B Street, Suite 1550
4   San Diego, CA  92101
    Telephone: (619) 338-1100
5   Facsimile: (619) 338-1101
    tblood@bholaw.com
6   lhurst@bholaw.com
    toreardon@bholaw.com

7   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORPORATION,<br><br>Defendant. | Case No.: 8:11-CV-00101-DOC(FFMx)<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT<br><br>Judge:     Honorable David O. Carter<br>Courtroom: 9D<br>Date Filed: January 19, 2011<br>Trial Date: None Set |

1 | I hereby certify that on February 4, 2011, I electronically filed the Proof of Service of Summons and Complaint (attached hereto as Exhibit 1) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2011.

                        s/THOMAS J. O'REARDON II
                        THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com