1  **Thomas P. Hanrahan (SBN 110609)**
   thanrahan@sidley.com
2  **Nitin Reddy (SBN 229451)**
   nreddy@sidley.com
3  **Brendan P. Sheehey (SBN 247156)**
   bsheehey@sidley.com
4  **SIDLEY AUSTIN LLP**
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013
   Telephone:  (213) 896-6000
6  Facsimile:  (213) 896-6600

7  **Attorneys for Defendant**
   **TACO BELL CORPORATION**

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMANDA OBNEY, et al., | Case No. SACV11-00101 DOC (FFMx) |
|---|---|
| Plaintiff, | Assigned to: Hon. David O. Carter |
| vs. | Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) |
| TACO BELL CORPORATION, | |
| Defendant. | Complaint served:     Jan. 25, 2011<br>Current response date: Feb. 15, 2011<br>New response date:    Mar. 1, 2011 |

Plaintiff Amanda Obney and Defendant Taco Bell Corporation ("Taco Bell") hereby stipulate that the date for Taco Bell's response to the Complaint may be extended by 15 calendar days to March 1, 2011.  This is the first extension to which the parties have stipulated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

```
Dated:      February 11, 2011
                                        SIDLEY AUSTIN LLP


                                        By:  /s/ Thomas P. Hanrahan
                                             Thomas P. Hanrahan
                                             Attorneys for Defendant
                                             Taco Bell Corporation


Dated:      February 11, 2011
                                        BLOOD HURST & O'REARDON LLP


                                        By:  /s/ Timothy G. Blood (with permission)
                                             Timothy G. Blood
                                             Attorneys for Plaintiff
                                             Amanda Obney
```

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) SS
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California  90013.

    On February 10, 2011, I served the foregoing document(s) described as STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT on all interested parties in this action as follows:

> W. Daniel Miles, III
> William E. Hopkins, Jr.
> Beasley, Allen, Crow, Mehvin, Portis & Miles, P.C.
> 218 Commerce Street
> P.O.  Box 4160
> Montgomery, AL  36104

    (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows:  I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 10, 2011, at Los Angeles, California.

                            /s/ Thomas P. Hanrahan
                            Thomas P. Hanrahan