1  **David F. Graham (*pro hac vice* forthcoming)**
   **dgraham@sidley.com**
2  **Thomas P. Hanrahan (SBN 110609)**
   **thanrahan@sidley.com**
3  **Nitin Reddy (SBN 229451)**
   **nreddy@sidley.com**
4  **Brendan P. Sheehey (SBN 247156)**
   **bsheehey@sidley.com**
5  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
6  **Los Angeles, California  90013-1010**
   **Telephone:     (213) 896-6000**
7  **Facsimile:      (213) 896-6600**

8  **Attorneys For Defendant**
   **TACO BELL CORP.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>    Plaintiff,<br><br>    vs.<br><br>TACO BELL CORPORATION,<br><br>    Defendant. | Case No. SACV11-00101 DOC (FFMx)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Hearing Date:   April 25, 2011<br>Time:                8:30 a.m.<br>Courtroom:      9D<br>Judge:              Hon. David O. Carter |

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant Taco Bell Corp. ("Taco Bell") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Taco Bell states that it is a nongovernmental corporation.
2. Taco Bell is wholly owned by Yum! Brands, Inc., a corporation organized and existing under the laws of the State of North Carolina with its principal place of business at 1441 Gardiner Lane, Louisville, Kentucky 40213.
3. No other publicly traded company owns ten percent (10%) or more of the stock of Taco Bell.

Dated: March 1, 2011

Respectfully submitted:

SIDLEY AUSTIN LLP
David F. Graham
Thomas P. Hanrahan
Nitin Reddy
Brendan P. Sheehey


By: */s/ Thomas P. Hanrahan*
       Thomas P. Hanrahan
Attorneys for Defendant
Taco Bell Corp.

**CERTIFICATE OF SERVICE**

I, Nitin Reddy, certify that true and correct copies of the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 9(b); MEMORANDUM OF POINTS AND AUTHORITIES** were electronically filed and served on March 1, 2011.  Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system and notice of this filing will be sent to the parties by operation of the Court's ECF system.  Counsel not registered with ECF were sent this filing via U.S. mail.

                                                */s/ Nitin Reddy*
                                                Nitin Reddy

## Service List

Timothy G. Blood, Esq.
Leslie E. Hurst, Esq.
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Tel: (619) 338-1100
Fax: (619) 338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
**Counsel for Plaintiff**

W. Daniel Miles, III, Esq.
William E. Hopkins, Jr., Esq.
Beasley, Allen, Crow, Mehvin, Portis & Miles, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
Tel: (334) 269-2343
Fax: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Bill.Hopkins@BeasleyAllen.com
**Counsel for Plaintiff – Via Mail**