1  **David F. Graham (*pro hac vice* forthcoming)**
   dgraham@sidley.com
2  **Thomas P. Hanrahan (SBN 110609)**
   thanrahan@sidley.com
3  **Nitin Reddy (SBN 229451)**
   nreddy@sidley.com
4  **Brendan P. Sheehey (SBN 247156)**
   bsheehey@sidley.com
5  **SIDLEY AUSTIN LLP**
   555 West Fifth Street, Suite 4000
6  Los Angeles, California  90013-1010
   Telephone:     (213) 896-6000
7  Facsimile:     (213) 896-6600

8  **Attorneys For Defendant**
   **TACO BELL CORP.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORPORATION,<br><br>Defendant. | Case No. SACV11-00101 DOC (FFMx)<br><br>**STIPULATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**Current Hearing Date: April 25, 2011**<br><br>**New Hearing Date: May 16, 2011** |

**STIPULATION**

1

2   Plaintiff Amanda Obney and Defendant Taco Bell Corp. ("Taco Bell")
3   have stipulated and agreed as follows:
4      1.   On March 1, 2011, Taco Bell filed a Notice of Motion and Motion
5   to Dismiss the Complaint (Dkt No. 6);
6      2.   Taco Bell noticed a hearing date of April 25, 2011 for its Motion to
7   Dismiss;
8      3.   Plaintiff filed her opposition to Taco Bell's Motion to Dismiss on
9   April 4, 2011; and
10     4.   The parties have agreed to change the hearing date on Taco Bell's
11  Motion to Dismiss to May 16, 2011
12     The parties hereby stipulate that Taco Bell's Motion to Dismiss will be
13  heard on May 16, 2011 and that Taco Bell's reply brief will be due on May 2, 2011.
14
15  Dated: April 6, 2011          For Taco Bell Corp:
16
                                             By: /S/ - Thomas P. Hanrahan
17                                                  Thomas P. Hanrahan
18                                        Attorneys for Defendant
                                      Taco Bell Corp.
19
20  Dated: April 6, 2011          For Plaintiffs
21
                                      By: /S/ - Timothy G. Blood
22                                        (by TPH, with permission)
                                       Timothy G. Blood
23                                        Attorneys for Plaintiff
24
25
26
27
28

1

**STIPULATION**

LA1 2060630v.3