1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12

**SOUTHERN DIVISION**

13

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public, | Case No. SACV11-00101 DOC (FFMx) |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| TACO BELL CORPORATION, | **Current Hearing Date: April 25, 2011** |
| Defendant. | **New Hearing Date: May 16, 2011** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**

1  
2     Now before the Court is the parties' Stipulation to Continue the Hearing Date  
3 for Defendant's Motion to Dismiss.  Upon consideration of the Stipulation, it is hereby  
4 ordered that the hearing date for Taco Bell Corp.'s Motion to Dismiss is continued to  
5 May 16, 2011.  As Plaintiff has already filed her Opposition to Taco Bell Corp.'s  
6 Motion to Dismiss, Taco Bell Corp.'s reply brief will be due on May 2, 2011.  
7  
8 **IT IS SO ORDERED.**  
9  
10 Dated: _____  
11                                                 HON. DAVID O. CARTER  
12                                                 United States District Judge  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

1  
**[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**