1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORPORATION,<br><br>Defendant. | Case No. SACV11-00101 DOC (FFMx)<br><br>[~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS<br><br>Current Hearing Date: April 25, 2011<br><br>New Hearing Date: May 16, 2011 |

---

[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR
DEFENDANT'S MOTION TO DISMISS

1  
2    Now before the Court is the parties' Stipulation to Continue the Hearing Date  
3 for Defendant's Motion to Dismiss. Upon consideration of the Stipulation, it is hereby  
4 ordered that the hearing date for Taco Bell Corp.'s Motion to Dismiss is continued to  
5 May 16, 2011. As Plaintiff has already filed her Opposition to Taco Bell Corp.'s  
6 Motion to Dismiss, Taco Bell Corp.'s reply brief will be due on May 2, 2011.  
7  
8 **IT IS SO ORDERED.**  
9  
10 Dated: April 8, 2011  
11                               HON. DAVID O. CARTER  
12                               United States District Judge

1

**[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**