1  BEASLEY, ALLEN, CROW,
     METHVIN, PORTIS & MILES, P.C.
2  W. DANIEL MILES, III
     (admitted *Pro Hac Vice*)
3  WILLIAM E. HOPKINS, JR.
     (admitted *Pro Hac Vice*)
4  218 Commerce Street
   Post Office Box 4160
5  Montgomery, AL 36104
   Telephone: (334) 269-2343
6  Facsimile: (334) 954-7555
   Dee.Miles@BeasleyAllen.com
7  Bill.Hopkins@BeasleyAllen.com

8  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
9  600 B Street, Suite 1550
   San Diego, CA  92101
10 Telephone: (619) 338-1100
   Facsimile: (619) 338-1101
11 tblood@bholaw.com

12 Attorneys for Plaintiff

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    SOUTHERN DIVISION

| | |
|---|---|
| AMANDA OBNEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORPORATION,<br><br>Defendant. | Case No.: 8:11-CV-00101-DOC(FFMx)<br><br>NOTICE OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)<br><br>Judge:      Honorable David O. Carter<br>Courtroom: 9D<br>Date Filed: January 19, 2011<br>Trial Date: None Set |

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, by and through counsel, and pursuant to
3  Federal Rules of Civil Procedure, Rule 41(a)(1)(A), plaintiff hereby dismisses,
4  without prejudice, the above-captioned action.

5  Dated: April 18, 2011

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)

By:     s/Timothy G. Blood
        TIMOTHY G. BLOOD

600 B Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
W. DANIEL MILES, III
  (admitted *Pro Hac Vice*)
WILLIAM E. HOPKINS, JR.
  (admitted *Pro Hac Vice*)
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Bill.Hopkins@BeasleyAllen.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2011.

                          s/Timothy G. Blood
                          TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile (619) 338-1101
tblood@bholaw.com